**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Lee Ann Wheelbarger, Terri Tiedeman, Doreen Marderness, Jerry Savoy, Howard Janson, Carla Alan Kivela, James Huseman, Bull Capital Company, James Durham, Mary Lou Durham, Patricia Koelling, and Frank Gezner, Jr., *Appellants/Cross-appellees*

v.

The Landing of Counsel of Co-Owners, *Appellee/Cross-appellant*

and

William Henslee, Tom Jenkins, Troy Jones, David Marks, Barnard Pearl, Thomas Walsh, Stan Williams, Andrew Rosenberg, Jack Ereira, and Timothy Patak, *Appellees*

Appellate case number: 01-13-00619-CV

Trial court case number: 2010-58056

Trial court: 190th District Court of Harris County

The parties to this appeal have filed a "Joint Motion for Second Extension of Time to File Appellants' Briefs and to Adopt New Briefing Schedule" requesting that we modify the briefing schedule. We **grant** the motion.

Accordingly, we ORDER that the briefing schedule in this case is amended as follows:

- All briefs as appellants are due on Friday, April 18, 2014;

- All briefs as appellees are due on Tuesday, June 17, 2014; and

- All briefs in reply are due on Thursday, July 17, 2014.

It is so ORDERED.


Judge's signature: /s/ Justice Michael Massengale
　　　　　　　　⊠ Acting individually　　☐ Acting for the Court


Date: March 18, 2014